CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Leandro Mariano Garcia-Godoy**<br>DOB: 2003; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-04440MJ |

Complaint for violation of Title 18, United States Code, §§ 113(a)(3), 924(c)(1)(A)(ii), and 1153

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about December 31, 2024, at or near Tucson, within the confines of the Pascua Yaqui Indian Reservation, Indian Country, in the District of Arizona, **Leandro Mariano Garcia-Godoy**, an Indian, did intentionally and knowingly assault E.M. and her three minor children, with a dangerous weapon, to wit: a black semi-automatic handgun, with the intent to do bodily harm, by pointing it at the victims causing a reasonable apprehension of harm; all in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

**COUNT 2:** On or about December 31, 2024, at or near Tucson, on the Pascua Yaqui Indian Reservation, in the District of Arizona, **Leandro Mariano Garcia-Godoy**, did knowingly use and carry a firearm during and in relation to, and possessed a firearm in furtherance of a crime of violence, that is, Assault with a Dangerous Weapon, as alleged in Count One, a felony crime prosecutable in a Court of the United States; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 31, 2024, Detective Mark Machado of the Pascua Yaqui Police Department responded to a call from the patrol division of the Pascua Yaqui Police Department to assist concerning an incident involving a vehicle that stopped at the location of Vai Sevoi and Pitaya, which is on the Pascua Yaqui Indian Reservation, a federally recognized Indian Tribe, in Indian Country, in the District of Arizona. The occupants of the vehicle had engaged in a verbal argument with victim E.M. and her three victim minor children. Sometime during this argument, a male later identified as **Leandro Mariano Garcia-Godoy**, an Indian and an enrolled member of the Pascua Yaqui Indian Tribe of Arizona, and who was a passenger in the silver Subaru Legacy vehicle, produced a small black semi-automatic handgun and pointed it at victim E.M. and her victim minor children. The vehicle then drove westbound on Vai Sevoi with **Garcia-Godoy** hanging out of the rear passenger window still waving the handgun. On January 3, 2025, **Garcia-Godoy** was later selected out of a six-pack photo lineup by victim E.M. wherein she recognized **Garcia-Godoy** as the male passenger in the silver Subaru Legacy vehicle who held the firearm and pointed it at her and her minor children on December 31, 2024. PYPD Detectives also interviewed a neighbor, who stated he/she observed a male point a firearm at a female at the time of the incident.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *A. Rossi* | SIGNATURE OF COMPLAINANT |
|---|---|
| Digitally signed by ADAM ROSSI<br>Date: 2025.01.24 15:58:08 -07'00' | OFFICIAL TITLE<br>Detective Mark Machado, Pascua Yaqui Police Department |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 24, 2025 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

On January 24, 2025, federal search warrant 25-05604MB was executed at **Garcia-Godoy's** residence and on the Subaru Legacy which was identified in the incident and is registered to **Garcia-Godoy's** brother. During the execution of the federal search warrant, a stolen firearm, ammunition, and multiple firearms magazines were located along with drug and drug paraphernalia inside the home and car.

At approximately 08:00 hours, **Garcia-Godoy** was advised of his *Miranda* rights to which he stated he understood his rights and agreed to answer questions from Pascua Yaqui Police Detectives. **Garcia-Godoy** was seated in the front seat of an unmarked police vehicle and not in restraints at the time. In his post-*Miranda* statement, **Garcia-Godoy** admitted to being present on the Pascua Yaqui Indian Reservation at the time of the incident and being involved in a verbal argument with "a big fat bitch," and stating "Fuck Jojo" to her. "Jojo" is victim E.M.'s deceased son, whose death has resulted in a dispute between associates of the Mission Ridge Bloods, a criminal street gang, and another gang on the Pascua Yaqui Reservation. **Garcia-Godoy** stated he later learned the individual he was arguing with was Jojo's mother, victim E.M. The firearm was located near **Garcia-Godoy's** brothers location where he sleeps in the house, however, **Garcia-Godoy's** brother denied ownership of the firearm.